IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

|  |  |  |
|---|---|---|
| LUCIA HOGAN, et al. | ) | |
| Plaintiffs, | ) | |
| v. | ) | 01:08cv250 (JCC) |
| FAIRFAX COUNTY SCHOOL BOARD, | ) | |
| Defendant. | ) | |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Plaintiff's Motion to Bifurcate is DENIED; and,

(2) the Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

November 13, 2008  _____/s/_____
Alexandria, Virginia            James C. Cacheris
                         UNITED STATES DISTRICT COURT JUDGE